# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF SUSIE STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Defendant.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>DINO MARKS, et al.,<br><br>Third-Party Defendants. | Civil Action No. 22-6725 (RK) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon two Motions for Default Judgment by Defendant and Third-Party Plaintiff, North American Company for Life and Health Insurance ("North American"). (ECF Nos. 55 and 60.) For the reasons set forth in the Court's Opinion, and for other good cause shown,

**IT IS** on this 30th day of September, 2024,

**ORDERED** that, pursuant to the Stipulation and Judgment entered on January 11, 2024, (ECF No. 54 ¶ 3), the Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**; and

2

**ORDERED** that North American's Motions for Default Judgment as they relate to Third-Party Defendants Dino Marks; Irina Lucki; Richard Mitlo; Valentina Mitlo; John Adams; Cathy Nicholas; and Ricky Costa, (ECF Nos. 55 and 60), are **DENIED**; and

**ORDERED** that North American's Motion for Default Judgment, (ECF No. 55), as to Third-Party Defendant John Lee is **GRANTED**, and North American is instructed to submit a proposed form of judgment consistent with the Court's Opinion within 10 days of the Opinion's entry; and

**ORDERED** that the Clerk's Office is directed to terminate the Motions pending at ECF Nos. 55 and 60.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**